1  NICHOLAS A. TRUTANICH
United States Attorney
2  Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
5  tony.lopez@usdoj.gov
*Attorneys for the United States*

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8  UNITED STATES OF AMERICA,                    Case No. 2:07-cr-323-GMN-VCF

9           Plaintiff,                          **Motion to Dismiss the Indictment**

10     v.

11  ADRIANA GARCIA-SALINAS,

12          Defendant.

13

14       On December 18, 2007, a federal grand jury returned an Indictment charging

15  Defendant Adriana Garcia-Salinas with one count of False Statement in Application and

16  Use of Passport, in violation of 18 U.S.C. § 1542, based on conduct occurring in 2006.

17  (ECF 9.) On or about December 28, 2007, the Court issued a bench warrant for the

18  defendant's arrest after she failed to appear in response to a summons. (ECF 13, 14.) More

19  than 13 years later, the warrant remains outstanding.

20       Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now

21  requests permission of the Court to dismiss the Indictment. If granted, because the

22  */ / /*

23  */ / /*

24  */ / /*

1  defendant would no longer face any charges in this case, the Government further requests
2  that the Court quash the outstanding warrant for her arrest.
3      Respectfully submitted this 10th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

*s/* Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADRIANA GARCIA-SALINAS,<br><br>　　　　Defendant. | Case No. 2:07-cr-323-GMN-VCF<br><br>**[Proposed] Order Granting<br>Motion to Dismiss the Indictment** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Adriana Garcia-Salinas.

　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*s*/Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Adriana Garcia-Salinas, it is hereby ordered that the warrant for her arrest, issued December 28, 2007, is quashed.

DATED this __11__ day of February, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT